FILED

FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-1119-SVW |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Salvador DeJesus Sanchez miranda, | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the _____ CDCA _____ involving alleged violations of conditions of probation/supervised release:

1.   The court finds that no condition or combination of conditions will reasonably assure:

A.   (✓) the appearance of defendant as required; and/or

B.   (✓) the safety of any person or the community.

///
///
///
///
///

2.   The Court concludes:

A.   ( ✓ ) Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to pose
          a risk to the safety of any other persons or the
          community.  Defendant poses a risk to the safety
          of other persons or the community based on:

          _____

          _____

          _____

          _____

          _____

B.   ( ✓ ) Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to flee
          if released.  Defendant poses a flight risk based
          on: _____

          _____

          _____

          _____

          _____

     IT IS ORDERED that defendant be detained.

DATED:   _3/9/15_____

                              _____
                              HONORABLE JACQUELINE CHOOLJIAN
                              United States Magistrate Judge

2